FILED

NOT FOR PUBLICATION

NOV 16 2012

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VICENTE LIMA-CAMARILLO, | No. 11-72966 |
| Petitioner, | Agency No. A077-304-360 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 13, 2012[**]

Before:      CANBY, TROTT, and W. FLETCHER, Circuit Judges.

Vicente Lima-Camarillo, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reconsider. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reconsider. *Mohammed v. Gonzales*, 400

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

F.3d 785, 791 (9th Cir. 2005). We deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion in denying Lima-Camarillo's motion to reconsider because the motion failed to identify any error of fact or law in the BIA's order dismissing as untimely Lima-Camarillo's appeal of the immigration judge's decision. *See* 8 C.F.R. §§ 1003.2(b)(1), 1003.38(b), (c); *Avagyan v. Holder*, 646 F.3d 672, 678 (9th Cir. 2011) (equitable tolling is available to a petitioner who is prevented from filing because of deception, fraud or error, and exercised due diligence in discovering such circumstances).

We lack jurisdiction to consider Lima-Camarillo's contention that his case warrants a favorable exercise of prosecutorial discretion. *See Vilchiz-Soto v. Holder,* 688 F.3d 642, 644 (9th Cir. 2012) (order).

Lima-Camarillo's remaining contentions are unavailing, or not properly before us. *See Andia v. Ashcroft,* 359 F.3d 1181, 1184 (9th Cir. 2004) (per curiam) ("In reviewing the decision of the BIA, we consider only the grounds relied upon by that agency.").

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

11-72966